UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>HAY THI LE, et al., DEP T. LE, et al., and MICHAEL LY, et al.,<br><br>Defendants. | CASE NO. CR11-5619BHS<br>CR11-5620BHS<br>CR12-5001BHS<br><br>ORDER GRANTING MOTIONS FOR EXTENSION OF GLOBAL PRETRIAL MOTION DEADLINES |

This matter comes before the Court on Defendant Hung Viet Tran ("Tran") (Dkt. 91 in case CR12-5001BHS) and Defendant Dep Le's ("Le") (Dkt. 126 in case CR11-5620BHS) motions to continue global pretrial motions. The Court has considered the pleadings filed in support of and in opposition to the motion, as well as Defendants' joinder in the motions, and the remainder of the file and hereby grants the motion for the reasons stated herein.

Defendants' motions seek a continuance of the current date of June 25, 2012, global deadline for filing pretrial motions. Dkts. 91 & 126. The Government filed a

response to Le's motion in which it requests a hearing stating that it does not have sufficient information to respond to the motion, including the exact length of the continuance sought, whether all Defendants are agreeable to a continuance, how the current trial schedule will be impacted, and whether Defendants are willing to waive their speedy trial rights if the current trial schedule is changed. Dkt. 94.

The Court agrees with the Government in that the Court does not have sufficient information to continue the deadline four weeks as sought by Le and that Defendants have not yet provided sufficient information regarding their position on, or evidence to support, an extension of the trial dates. However, the Court does conclude that Defendants have provided sufficient information to support a one-week extension of the current global pretrial motions deadline to July 2, 2012.

Therefore, the Court hereby **ORDERS** that Tran and Le's motions for extension of the global pretrial motion deadline (Dkts. 91 & 126) are **GRANTED** to the extent that the deadline is extended to **July 2, 2012.** The government's response is due by July 27, 2012, and the defense reply is due by August 8, 2012, followed by an evidentiary hearing, if necessary, as set by the Court.

BENJAMIN H. SETTLE
United States District Judge